DAVID B. GOLUBCHIK (SBN 169844)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbrb.com, lls@lnbrb.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re: | CASE NO. 8:10-bk-13689-RK |
| CRESTRIDGE ESTATES, a California limited liability company, | Chapter 11 |
| Debtor. | **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL** |
| | [No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

**PLEASE TAKE NOTICE** that Crestridge Estates, a California limited liability company, Chapter 11 debtor and debtor in possession herein (the "Debtor"), has filed an application (the "Application") to employ the law firm of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") as the Debtor's bankruptcy counsel effective as of March 24, 2010, the date of the filing of the Debtor's Chapter 11 bankruptcy case. A copy of the complete

Application is on file with the Court and may be obtained by submitting a written request to LNBRB, whose name, address and facsimile number are set forth in the upper left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtor seeks to employ LNBRB as its bankruptcy counsel to render, among others, the following types of professional services:

    a.    advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

    b.    advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

    c.    representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel;

    d.    conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBRB's expertise or which is beyond LNBRB's staffing capabilities;

    e.    preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business;

   f. representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral;

   g. assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

   h. performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that because LNBRB's practice is limited exclusively to matters of bankruptcy, insolvency and reorganization law, the services provided by LNBRB do not include the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort, environmental, labor, criminal, real estate law or real estate litigation. LNBRB will not be required to represent or advise the Debtor in matters which LNBRB believes are beyond LNBRB's expertise such as the areas of law just described. In addition, LNBRB will not be required to represent the Debtor in matters where LNBRB determines that it lacks the ability to staff the matter adequately, such as in certain, major complex litigation.

**PLEASE TAKE FURTHER NOTICE** that on March 22, 2010 J. David Thomas, the sole managing member of the Debtor, paid the total sum of $26,039.00 (the "Retainer") from his personal bank account to LNBRB for legal services in contemplation of an in connection with the Debtor's Chapter 11 case. The Chapter 11 filing fee of $1,039.00 was paid out of the Retainer.

**PLEASE TAKE FURTHER NOTICE** that in addition to the Retainer, LNBRB will seek Court authority to be paid from the Debtor's estate for any and all fees incurred and expenses advanced by LNBRB in excess of the Retainer. LNBRB recognizes that the payment of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Application is based on this Notice, the Application, the Declaration of David B. Golubchik submitted in support of the Application, the entire record of the case, and any other evidence properly presented to the Court in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtor, LNBRB and the Office of the United States Trustee no later than 14 days following the date of service of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

Dated: April 6, 2010                    CRESTRIDGE ESTATES, L.L.C.


By:  */s/ David B. Golubchik*
    DAVID B. GOLUBCHIK
    LEVENE, NEALE, BENDER, RANKIN &
        BRILL L.L.P.
    Proposed Attorneys for Chapter 11 Debtor and
    Debtor in Possession

4

| CRESTRIDGE ESTATES, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-bk-13689-RK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described as **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 6, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

* Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
* David B Golubchik    dbg@lnbrb.com
* United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 6, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LISTS**    ☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 6, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**VIA OVERNITEEXPRESS OVERNIGHT DELIVERY**
Hon. Robert Kwan
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Ctrm 5D
Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2010 | Angela Antonio | */s/ Angela Antonio* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1

In re Crestridge Estates, LLC
Case No. 8:10-bk-13689
20 Largest

SERVICE VIA U.S. MAIL EXCEPT
WHERE INDICATED AS SERVED
VIA NEF (*)

Office of the U.S. Trustee (*)
Santa Ana
411 West Fourth St. Suite 9041
Santa Ana, CA 92701

SVI HLHS Properties, LLC
17411 Irvine Blvd., Suite 4
Tustin, CA 92780

Pacific Soils Engineering, Inc.
10653 Progress Way
PO Box 2249
Cypress, CA 90630

Steve Kaplan
1219 Morningside Drive, Suite 110
Manhattan Beach, CA 90266

KHR Associates
4100 Newport Place Drive, Suite 200
Newport Beach, CA 92660

MJS Design Group
Cannery Village
511 30th Street
Newport Beach, CA 92663

VisionScape Imaging, Inc.
15375 Barranca Parkway, Suite A104
Irvine, CA 92618

LG2WB Engineering Inc.
1580 Corporate Drive, Suite 122
Costa Mesa, CA 92626

In re Crestridge Estates, LLC
Case No. 8:10-bk-13689-RK
Secured

| | | |
|---|---|---|
| Carey F. Baumkirchner Profit & Retirement Plan dated 10/30/84<br>438 E. Katela Ave, Suite 215<br>Orange CA 92867-0000 | County of Orange<br>Dept. of Treasurer & Tax Collector<br>P.O. Box 1982<br>Santa Ana CA 92702-0000 | First Regional Bank<br>1801 Century Park East<br>Los Angeles CA 90067-0000 |
| Heil Construction, Inc.<br>701 South Myrtle Ave<br>Arcadia CA 91066-0000 | Spillane Weingarten LLP<br>100 Glendon Ave., Suite 1200<br>Los Angeles CA 90024-0000 | <u>Counsel to First Regional Bank</u><br>Larry Ivanjack, Esq.<br>Parker Milliken et al.<br>555 S. Flower Street, 30th Floor<br>Los Angeles, CA  90071 |